789 A.2d 196

### OFFICE OF DISCIPLINARY COUNSEL, Petitioner

v.

### Jeffrey S. WEISS, Respondent.

### No. 710 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Nov. 8, 2001.

## O R D E R

PER CURIAM:

AND NOW, this 8th day of November, 2001, there having been filed with this Court by Jeffrey S. Weiss his verified

Statement of Resignation dated October 5, 2001, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Jeffrey S. Weiss be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.